LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 10-8750 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| ROSA I. MONTES, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Rosa I. Montes, in the principal amount of $1,861.35 plus interest accrued to November 12, 2010, in the sum of $1,453.96; with interest accruing thereafter at 8% annually until entry of judgment, for a total amount of **$3,315.31**.

DATED: 2/10/2011          By: TERRY NAFISI
                              Clerk of the Court

                              /s/ Yvette Louis
                              Deputy Clerk
                              United States District Court